# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**ROBERT PINGARO**
        **Plaintiff**

**V.**

**TOWN OF SAUGUS**
        **Defendant**

**CIVIL ACTION**

**NO.   05-10393-GAO**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **ROBERT PINGARO** for an order of Default for failure of the Defendant, **TOWN OF SAUGUS**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **28** day of **OCTOBER, 2005**.

                              **SARAH A. THORNTON**
                              **CLERK OF COURT**

                              **PAUL S. LYNESS**
**By:**
                              **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)