Appendix A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Robert Pinzaro
_____
Plaintiff(s)

v.                    CIVIL ACTION NO. 05-10393-GAO

Town of Saugus
_____
Defendant(s)

**FORM OF
DEFAULT JUDGMENT**

O'Toole, D.J.

Defendant Town of Saugus having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $5,000,000.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $75,000.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Town of Saugus the principal amount of $5,000,000.00, with costs in the amount of $75,000.00 and prejudgment interest at the rate of 5 % from 1995 to 2005 in the amount of $21,758.00 for a total judgment of $5,096,758.00 with interest as provided by law.

By the Court,

Dated:_____        _____
                             Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

3