United States District Court
District of Mass

Proce
Robert Pugano
308 Central St
Saugus Mass 01906

GAO
Case 0510393

This is new evidence

Given with motion

This is from the town of Saugus. Oder by the town of Saugus to dig out lot and to take down house.

I ask to grant my law. suit

2/23/06 MR Robert Pugin Proce



# TOWN OF SAUGUS
BOARD OF HEALTH
298 CENTRAL STREET
SAUGUS, MASSACHUSETTS 01906

Sharon H. McCabe
Director of Public Health

Telephone: (781) 231-4115
Fax: (781) 231-4109
E-Mail: smccabe@townofsaugus.org

February 22, 2006

Ameriquest Mortgage Company
C/O Jennifer G. Haskell
333 North Ave 4th floor
Wakefield, MA 01880

Re: 258 Central Street, Saugus, MA

Dear Ms. Haskell:

In accordance with Chapter III, Sections 122, 127A and 127B of the Massachusetts General Laws, 105 CMR 400.00 State Sanitary Code, Chapter 1: General Administrative Procedures and 105 CMR 410.000; State Sanitary Code, Chapter II: Minimum Standards of Fitness for Human Habitation, an inspection was conducted by Sharon McCabe, Director of Public Health on February 21, 2006 at 10:15 a.m. at the property located **258 Central Street, Saugus, MA** owned by Ameriquest Mortgage Company.

The following violations were noted:

**410.750 (O) (3):** Burst water pipes throughout dwelling. Extreme water damage.

Based upon the totality of water damage, it is determined as such that this condition is a harm to public health, will cause sickness or accidental harm to the occupants and is **unfit for human habitation.**

**410.500:** Every owner shall maintain the foundation, floors, walls, doors, windows, ceilings, roof, staircases, porches, chimneys, and other structural elements of his/her dwelling so that the dwelling excludes wind, rain and snow, and is rodent-proof, watertight and free from chronic dampness, weather tight, in good repair and in every way fit for the use intended. Further, he/she shall maintain every structural element free from holes, cracks, loose plaster, or other defect where such holes, cracks, loose plaster or defect renders the area difficult to keep clean or constitutes an accident hazard or an insect or rodent harborage.

Numerous cracks in foundation and throughout dwelling units, extreme sloping of unit #1 and twisted configuration of back porch noted. A structural engineer is to be hired to assess condition and stability of the structure prior to occupation. A written report by a structural engineer shall be submitted to this office for review by appropriate personnel.

Be notified you are in non-compliance with the **Town of Saugus Board of Health Regulation, Article 21, Fill regulations, section 6** where it states: No fill shall consist of deleterious material.

Backyard embankment area noted to be receding exposing numerous illegal fill materials. Note, this area is within the Conservation Commission Wetlands Protection Act.

You are hereby ordered to make all necessary repairs within 30 days of receipt of this notice. No dwelling or portion thereof is to be occupied without the prior written permission of the Board of Health based upon the board's written finding that the dwelling or portion thereof to be occupied is fit for human habitation.

Failure on your part to comply within the time specified on the enclosed inspection report will result in a complaint being sought against you in Lynn District Court. Time for compliance begins with receipt of this Order.

Should you be aggrieved by this Order, you have the right to request a hearing before the Board of Health. A request for said hearing must be received in writing in the office of the Board of Health within seven (7) days of receipt of this Order. At said hearing, you will be given an opportunity to be heard and to present witness and documentary evidence as to why this Order should be modified or withdrawn. You may be represented by an attorney. Please also be informed that you have the right to inspect and obtain copies of all relevant inspection or investigation reports, orders and other documentary information in the possession of this Board, and that any adverse party has the right to be present at the hearing.

Pictures are included for your review.

For the Board of Health

*Sharon H. McCabe*
Sharon H. McCabe
Director of Public Health

Cc: Robert Pingaro, Tenant, 258 Central Street
    Ann McDermott, Tenant, 258 Central Street
    Stephen Albitt, Albitt & Charlton P.C. 92 Montvale Ave, suite 2950, Stoneham, MA 02180
    John Vasapolli, Town Counsel
    Fred Varone, Building Inspector
    Frank McKinnon, Conservation Agent
    Authur Rumson, Plumbing Inspector
    Captain Tom Nolan, Fire Prevention Officer
    Board of Health



2/21/06











