UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket # 05-10393 GAO

Robert Pingaro,
    Plaintiff,

vs.

Town of Saugus,
    Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant Town of Saugus in the above entitled action.

By its Attorney,

/s/ Ira H. Zaleznik
Ira H. Zaleznik (BBO#538800)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990

Dated: March 24, 2006

## CERTIFICATE OF SERVICE

I, Ira H. Zaleznik, Esq., certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants on March 24, 2006.

By its Attorney,

/s/ Ira H. Zaleznik
Ira H. Zaleznik (BBO#538800)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990