158 Central St
Saugus Mass 01906

United States District Court
District of Mass

Robert Pisano
Plaintiff

Honorable GAO   Case No 05-10393 GAO

Answer Not To Set Aside Default To The Town Of Saugus and Answer To Vasapolli Affiouit's and Answer of Countie Evaues and Answer of Memorandom By Council Attorney's

FILED IN CLERKS OFFICE
2006 APR -5 A 10: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

I filed this law suit in 2/29/05

The Town of Saugus did not answer the court's order's at all It took 13 month's to answer anything in the case They did not answer the summon's from this court and they answer the Default Judgment 7 month's after the due date They had 14 day's after the Default to answer They did not They showed no respect to this court

There is no cause to set aside the default Vasapolli blames the insurance compey Vasapolli says He Herd about my Default Judgment it took him 13 months to find out He is counsel for the Town of Saugus He should know better than that I am not a lawer and I know when to answer a court summon's His affidavit is a poor defence

Date 4/4/06

Robert Pusand Plaintiff United States District Court
258 Central ST                District of Mass
Saugus Mass 01906        Anser not to set aside Default

# Honorable GAO    Case no 0510393

And as Unsapolli said in his affidavit he knew about 258 Central ST Saugus Mass and did nothing about it and as far as Joanne Eaves it does not take 13 months to find out about insurance comply she did not due here job. That is know defense at all. They were served they knew all about it if the Board of Health new about it they new about it as I said to this court the Building inspector job is to check out all Building Lots the Building inspector over look this lot for reasons unknown and he still gave the permit to Build a House on it as I said and the Board of Health said there is everything in this Lot you can see it as clear as day you would have to be Blind not see this stuff in this Lot and Saugus did nothing about it. The Lot is so filled in it is 50 feet over the Lot Line they covered over the River Saugus River

Robert Pingar
358 Central ST
Saugus Mass 01906

UNITED STATES DISTRICT COURT
DISTRICT OF MASS
Anser not to set aside Default
Honorable GAO    Case no 0510393

This area is within the Conservation Commission Wetland's Protection Act Article 21 Saugus Board of Health Fill Regulation's Section 6. No fill shall consist of deleterious materials like I said I have lost everthing in this case I have nothing left I ask that this default stay's if it does not I would be prejuerced I ask also that this court grant my law sonte like I said it has been 7 month's long and they had 14 day's to answer's to this court I ask for justice

In this case like there cousel say's to this they made mistakes it took them 13 month's to try to fix them they just had no respect for this court

Thank-you MR Robert Pingar
358 Central ST
Saugus Mass 01901

Robert Ansaro
256 Central St
Saugus Mass 01906
PLAINTIFF

United States District Court
District of MASS

Honorable GAO   Case No 05 10393

There is evidence of Predjudice to me the Plaintiff my House is Really to FALL look at the Saugus Board of Health Letter Last month I Had to move Every one out of the House Because it is moving so FAST it is to Dangerous to Be in There we ALL Had to Leave I Had to Find Houseing for Every one. So now I Have 0 because of This. And This And the Lot is Right down The Street From City HALL As I said They new ALL About 256 Central St And did nothing it will cost Hundreds of Thousand of dollars to Clean up the Lot I Lost my Rental income I Lost my House I Lost my income for next 20 years And it will Be Hard to Dump This Stuff Today when it is Dug out And the Lot can not Be filled BACK in

Augus mass 01906
Robert Pinyard
Plantiff                    Honorable G A O    Case no  05/0393

The Testing on The Land was done The Saugus Board of Health has These papers I Let Them see The Test's In The Tests They found Lead Goal Dust Wood Asfalt Black Silk And Look At Board of Healt Order. There was a Oil spill on The properly years ago There soer pie's Back Hoes steal Lead pipe's Every Thing is in There And As I said This was filled in 50 to 60 feet past The Lot Line This go all The way To The Saugus River They filled in The part of The Saugus. River Basin That is a Federal Issue - This Area is within The Coservation Commission wetland's Protection Act Look At Board of Health Letter + Order

I ask This Court To not To Grant Removal of the default And I ask This Court To Grant my Law suit Because They went way Past The Time Limited's
                                 Thank you Mr. Robert Pinyard
                                 Plantiff

Robert Pingaro
258 Central ST
Augus Mass 01906

PLAINTIFF

United States District Court
District of Mass

Honorable GAO    Case No 051039 3

## Certificate of Service
## To Let Stand the Default

I Robert Pingaro Plaintiff have served a copy to the parties listed below by US Mail Saugus Attorneys and by hand to the court

Town of
Saugus Attorney's
Lawson + Weitzen, LLP
88 Black Falcon Avenue Suite 345
Boston Massachuetts 02210-2414

Honorable GAO
United States District Court
One Court House Way
Boston Mass 02210