258 Central St
Saugus Mass 01906

UNITED STATES DISTRICT COURT
DISTRICT OF MASS

Robert Pisano                Honorable GAO            Case No 0510393
  PLAINTIFF        Answer not to set aside
Default to the Town of Saugus and answer
to Vasapolli affidvit and Joanne Evanes and
answer of memorandom by Saugus cohcel attorney's

I filed This Law suit in 2/29/05

The Town of Saugus did not Answer

The court's order's at all it took

13 month's to Answer anything in the

Case They did not Answer The summon's

From this court and They Answer The

Default Judgment 7 month's after

The due Date They had 14 Day's after

The Default To Answer They did not

They showed no Respect To this court

There is no Cause to set aside The default
Vasapolli Blames The insurance comply Vasapolli says
He herd about my Default Judgment it Took Him
13 months To find out He is counsel for The Town
of Saugus He should Know better than that
I am not a lawer and I know when to
answer a court summon's His Affidavit is a
Poor Defence

Robert Pragana Plaintiff
258 Central St
Saugus Mass 01906

UNITED STATES DISTRICT COURT
DISTRICT OF MASS
ANSER NOT TO SET ASIDE DEFAULT

HONORABLE GAO  CASE NO 0510393

And as Vasapolli said in his affidvit he knew about 258 central st Saugus mass and did nothing about it and as far as Joanne Eaves it does not take 13 months to find out about insurance company she did not due here job. That is know Defense at all. They were served they knew all about it if the Board of Health new about it they new about it as I said to this Court The Building inspector Job is to Check out all Building lots The Building inspector over look this lot for Reasons unknown and he still gave the permit to Build a house on it as I said and the Board of Health said there is everthing in this Lot you can see it as clear as day you would have to be blind not see this stuff in this lot and Saugus did nothing about it. The lot is so Filled in it is **50 feet** over the Lot Line they covered over the River Saugus River

Robert Pingaro
258 Central St
Saugus Mass 01906

United States District Court
District of Mass
Answer not to Set Aside Default
Honorable GAO    Case No 0510393

This area is within the Conservation Commission Wetland's Protection Act Article 21 Saugus Board of Health Fill Regulation's Section 6. No Fill Shall consist of deleterious materials Like I said I have lost everthing in This case I have nothing left I ask that This Default stay's if it does not I would be Prejuerced I ask also that this court grant my law suite Like I said it has Been 7 month's long and they had 14 day's to answer's to this court I ask for Justis. In This case Like there Cousel say's to this they made mistakes it took them 13 month's to try to fix them they just had no respect for this court

Thank-you MR Robert H Pingaro
258 Central St
Saugus Mass
01906

Robert Plasener
256 Central ST
Saugus Mass 01906
Plaintiff

United States District Court
District of Mass

Honorable GAO    Case No 05 10393

There is evidence of Prejudice to me the Plaintiff my house is Ready to fall look at the Saugus Board of Health letter last month I had to move every one out of the house Because it is moving so fast it is to dangerous to be in there we all had to leave I had to find houseing for every one. So now I have O because of this. And this and the lot is right down the street from city hall as I said they new all about 256 central st and did nothing it will cost Hundreds of Thousand of dollars to clean up the lot I lost my rental income I lost my house I lost my income for next 20 years and it will be hard to dump this stuff today when it is dug out and the lot can not be filled back in

258 Central St
Saugus Mass 01906

Robert Pinfaro
Plaintiff

United States District Court
District of Mass

Honorable GAO    Case No 0510393

The Testing on the Land was done
The Saugus Board of Health Has These papers
I Let them see the test's in The
Tests They found Lead <u>Coal Dust Wood</u>
<u>Asfalt</u> <u>Black Silk</u> And Look At Board of
Healt Order. There was a oil spill on
The properly years ago There soen pie's
Back Hoes steal Lead pipe's Every Thing is in
There And AS I said This was filled in
50 to 60 feet past The Lot Line This go
All The way To the Saugus River They
filled in The part of The Saugus
River Basin That is a federal issue
This Area is within The Coservation
Commission Wetland's Protection Act
Look At Board of Health Letter + order
<u>I Ask This court to not to grant Removal</u>
<u>of the default And I Ask This court to</u>
<u>Grant My Law Suit</u> Because They went way
Past The time Limited's     Thank you Mr. Robert Pinfaro
                              Plaintiff

Robert Pingaro
258 Central ST
Saugus Mass 01906

PLAINTIFF

United States
District of Mass

Honorable GAO    Case No 05/0393

# Certificate of Service
## To let stand the default

I Robert Pingaro Plaintiff Have served a copy to the parties listed below by US mail Saugus Attorney's and by hand to the court

Town of
Saugus Attorney's
Lawson + Weitzen, LLP
88 Black Falcon Avenue Suite 345
Boston Massachusetts 02210-2414

Honorable GAO
United States District Court
One Court House Way
Boston Mass 02210



# TOWN OF SAUGUS
BOARD OF HEALTH
298 CENTRAL STREET
SAUGUS, MASSACHUSETTS 01906

Sharon H. McCabe
Director of Public Health

Telephone: (781) 231-4115
Fax: (781) 231-4109
E-Mail: smccabe@townofsaugus.org

February 22, 2006

Ameriquest Mortgage Company
C/O Jennifer G. Haskell
333 North Ave 4th floor
Wakefield, MA 01880

Re: 258 Central Street, Saugus, MA

Dear Ms. Haskell:

In accordance with Chapter III, Sections 122, 127A and 127B of the Massachusetts General Laws, 105 CMR 400.00 State Sanitary Code, Chapter 1: General Administrative Procedures and 105 CMR 410.000; State Sanitary Code, Chapter II: Minimum Standards of Fitness for Human Habitation, an inspection was conducted by Sharon McCabe, Director of Public Health on February 21, 2006 at 10:15 a.m. at the property located **258 Central Street, Saugus, MA** owned by Ameriquest Mortgage Company.

The following violations were noted:

**410.750 (O) (3):** Burst water pipes throughout dwelling. Extreme water damage.

Based upon the totality of water damage, it is determined as such that this condition is a harm to public health, will cause sickness or accidental harm to the occupants and is **unfit for human habitation.**

**410.500:** Every owner shall maintain the foundation, floors, walls, doors, windows, ceilings, roof, staircases, porches, chimneys, and other structural elements of his/her dwelling so that the dwelling excludes wind, rain and snow, and is rodent-proof, watertight and free from chronic dampness, weather tight, in good repair and in every way fit for the use intended. Further, he/she shall maintain every structural element free from holes, cracks, loose plaster, or other defect where such holes, cracks, loose plaster or defect renders the area difficult to keep clean or constitutes an accident hazard or an insect or rodent harborage.

Numerous cracks in foundation and throughout dwelling units, extreme sloping of unit #1 and twisted configuration of back porch noted. A structural engineer is to be hired to assess condition and stability of the structure prior to occupation. A written report by a structural engineer shall be submitted to this office for review by appropriate personnel.

Be notified you are in non-compliance with the **Town of Saugus Board of Health Regulation, Article 21, Fill regulations, section 6** where it states: No fill shall consist of deleterious material.

Backyard embankment area noted to be receding exposing numerous illegal fill materials. Note, this area is within the Conservation Commission Wetlands Protection Act.

You are hereby ordered to make all necessary repairs within 30 days of receipt of this notice. No dwelling or portion thereof is to be occupied without the prior written permission of the Board of Health based upon the board's written finding that the dwelling or portion thereof to be occupied is fit for human habitation.

Failure on your part to comply within the time specified on the enclosed inspection report will result in a complaint being sought against you in Lynn District Court. Time for compliance begins with receipt of this Order.

Should you be aggrieved by this Order, you have the right to request a hearing before the Board of Health. A request for said hearing must be received in writing in the office of the Board of Health within seven (7) days of receipt of this Order. At said hearing, you will be given an opportunity to be heard and to present witness and documentary evidence as to why this Order should be modified or withdrawn. You may be represented by an attorney. Please also be informed that you have the right to inspect and obtain copies of all relevant inspection or investigation reports, orders and other documentary information in the possession of this Board, and that any adverse party has the right to be present at the hearing.

Pictures are included for your review.

For the Board of Health

*Sharon H. McCabe* (signature)

Sharon H. McCabe
Director of Public Health

Cc: Robert Pingaro, Tenant, 258 Central Street
    Ann McDermott, Tenant, 258 Central Street
    Stephen Albitt, Albitt & Charlton P.C. 92 Montvale Ave, suite 2950, Stoneham, MA 02180
    John Vasapolli, Town Counsel
    Fred Varone, Building Inspector
    Frank McKinnon, Conservation Agent.
    Authur Rumson, Plumbing Inspector
    Captain Tom Nolan, Fire Prevention Officer
    Board of Health