UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PINGARO
          Plaintiff(s)

v.                      CIVIL ACTION NO. 05-10393-GAO

TOWN OF SAUGUS
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated August 8, 2006, the defendant's motion to dismiss( Dkt. No. 15) is GRANTED; the accompanying request for an award of costs, however, is DENIED. The complaint is dismissed for lack of jurisdiction.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 8/9/06                 By Paul S. Lyness
                                   Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)